# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Northern Minnesota-Wisconsin Area Retail Clerks Pension Fund, and each of their successors, | Civil No. 10-3112 (RHK/XXX) |
| Plaintiff, | **ORDER** |
| vs. | |
| Spectrum Community Health, Inc., Spectrum Community Health, Inc., d/b/a Spectrum Community Health Center, | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 27, 2010

                                                    s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge